UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER SADOWSKI,
Plaintiff,

vs.

FYI NETWORKS, LLC,
Defendant.



Case No.: 9:23-cv-81267

ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

COMES NOW FYI NETWORKS, LLC ("Defendant") answering the Complaint filed by CHRISTOPHER SADOWSKI alleging willful copyright infringement by responding as set forth below, and Defendant raises affirmative defenses as follows:

1. Defendant is without knowledge to the claims in paragraph 1

2. Defendant admits it's a Florida limited liability company and its agent is Craig Goldberg with a principal address of 7050 W. Palmetto Park Rd. Suite 15 #332 Boca Raton, Florida 33433 in paragraph 2

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 3

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 4

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 5

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 6

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 7

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 8

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 9

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 10

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 11

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 12

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 13

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 14

15. Defendant denies the allegations in paragraph 15

16. Defendant admits it operates a news website covering local, state, and national politics, technology and the economy in paragraph 16

17. Defendant admits is advertises/markets its business through its website at fyi.com in paragraph 17

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 16 (2)

19. Defendant denies the allegations in paragraph 17(2)

20. Defendant denies the allegations in paragraph 18

21. Defendant denies the allegations in paragraph 19

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 20

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 21

24 Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 23

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 24

26. Defendant denies the allegations in paragraph 25

27. Defendant denies the allegations in paragraph 26

28. Defendant denies the allegations in paragraph 27.

29. Defendant denies the allegations in paragraph 28

30. Defendant denies the allegations in paragraph 29. Plaintiffs' claims are barred by the "Fair Use Doctrine" pursuant to Section 107 of the Copyright Act, 17 U.S.C. §107

31. Defendant denies the allegations in paragraph 30

32. Defendant denies Plaintiff is entitled to any monetary damages claimed in paragraph 31

33. Defendant denies Plaintiff is entitled to any statutory damages claimed in paragraph 32

34. Defendant denies Plaintiff is entitled to recover costs and attorney's fees in paragraph 33

35. Defendant denies the allegations in paragraph 34

WHEREFORE, Defendant prays this Honorable Court for the following relief:

1. For dismissal of the Plaintiffs' action with prejudice

2. For an order that Plaintiffs' shall take no relief from their complaint herein

3. For such further and other relief and the Court deems fair and just.

RESPECTFULLY SUBMITTED

DATED: October 3, 2023


Craig Goldberg
FYI NETWORKS, LLC
7050 W. Palmetto Park Rd.
Suite 15-Box 332
Boca Raton, Florida 33433
(561) 271-0183
support@fyi.com

PROOF OF SERVICE

The undersigned declares as follows:

On October 3, 2003, I served the foregoing Answer to Complaint Denying Allegations of Copyright Infringement and Affirmative Defenses to:

Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, Florida 33065


X - Documents sent via OVERNIGHT Federal Express Courier


Craig Goldberg
FYI Networks, LLC



```
Address:         2301 GLADES RD
                 BOCA RATON
                 FL 33431
Location:        BCTKN
Device ID:       -BTC02
Transaction:     940377408043
─────────────────────────────────
FedEx Express Saver
Tracking Number:
   784569942065    0.15 lb (S)    11.10
      Declared Value   100
Recipient Address:
      Copycat Legal PLLC
      3111 N University Dr
      Suite 301
      Coral Springs, FL 33065
      0000000000

Scheduled Delivery Date 10/6/2023

Pricing option:
      ONE RATE

Package Information:
      FedEx Envelope

         Shipment subtotal:     $11.10

              Total Due:        $11.10

          (S) CreditCard:       $11.10
         ************1118


   M = Weight entered manually
   S = Weight read from scale
   T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.


         Visit us at: fedex.com
         Or call 1.800.GoFedEx
              1.800.463.3339

         Oct 03, 2023 3:18:02 PM


********** WE LISTEN **********
      Tell us how we're doing
& receive a discount on your next order!
```