**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-81267-CIV-CANNON**

**CHRISTOPHER SADOWSKI**,

      Plaintiff,

v.

**FYI NETWORKS, LLC**,

      Defendant.

_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES[1]**

The parties are directed to jointly file and sign a Joint Scheduling Report by **November 2, 2023**. The Joint Scheduling Report must contain all of the information specified in Local Rule 16.1 and come accompanied by a Joint Proposed Scheduling Order that is both attached as an exhibit on CM/ECF and sent in Word format via email to cannon@flsd.uscourts.gov.

In addition, by **November 2, 2023**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.

CASE NO. 23-81267-CIV-CANNON

        **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of October

2023.

 

 

 

_____

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record