IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-81267-AMC

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

FYI NETWORKS, LLC,

    Defendant.

_____

### PLAINTIFF'S MOTION TO STRIKE *PRO SE* ANSWER

Plaintiff Christopher Sadowski ("Plaintiff") hereby files this motion to strike the *pro se* Answer to Amended Complaint (the "Answer") [D.E. 7] filed by defendant FYI Networks, LLC ("Defendant"), and states as follows:

1. In this lawsuit, Plaintiff asserts a single claim for copyright infringement against Defendant. In short, Plaintiff alleges that he created professional photographs that Defendant infringed when it posted the photographs to its website in connection with two separate articles: the first article titled, "Rush To Quit: Anti-Police Attitude In New York Causing Has NYPD Officers Leaving In Droves", and the second article titled, "Business Is Booming In New York City – For Both Pimps And Prostitutes".

2. On October 3, 2023, Defendant purported to file a *pro se* Answer that asserts various denials and affirmative defenses.

3. As the Court knows, federal law requires a corporate entity to be represented by counsel. See, e.g., Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries… that a corporation may

appear in the federal courts only through licensed counsel."); Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that… cannot appear pro se, and must be represented by counsel."); Ermert v. Caribbean Bus. Inc., Civil Action No. 20-23803-Civ-Scola, 2021 U.S. Dist. LEXIS 2343, at *2 (S.D. Fla. Jan. 6, 2021) ("As an initial matter, to the extent Morzan seeks to represent Caribbean Business, corporations may not litigate a matter pro se.  In order to appear in this matter, then, Caribbean must be represented by counsel.") (internal citations omitted).

4.     The Answer is signed by Craig Goldberg.  Mr. Goldberg is *not* an attorney licensed to practice law in the State of Florida, the United States District Court for the Southern District of Florida, or any other jurisdiction.  As a result, he cannot as a matter of law represent Defendant in this lawsuit.



**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) striking the Answer; (b) requiring Defendant (through counsel) to file its response to the Amended

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Complaint within seven (7) days thereof; and (c) for such further relief as the Court deems proper.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Before filing this Motion, undersigned counsel attempted to confer with Defendant (through Mr. Goldberg) with respect to the relief requested herein. However, undersigned counsel was unable to obtain any agreement.

| | |
|---|---|
| Dated: October 13, 2023. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>lauren@copycatlegal.com<br>dan@copycatlegal.com<br>james@copycatlegal.com<br><br>By: /s/ Lauren Hausman_____<br>     Lauren Hausman, Esq.<br>     Florida Bar No.: 1035947<br>     Daniel DeSouza, Esq.<br>     Florida Bar No.:  19291<br>     James D'Loughy, Esq.<br>     Florida Bar No.: 0052700 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren Hausman_____
Lauren Hausman, Esq.